MERITOR CREDIT CORPORATION *v.*
STEPHEN PHILLIPS ET AL.

The defendant Deborah Phillips' petition for certification for appeal from the Appellate Court (AC 14143) is denied.

*Deborah Phillips,* pro se, in support of the petition.

Decided June 1, 1995

STATE OF CONNECTICUT *v.* KENDRICK WILKES

The state of Connecticut's petition for certification for appeal from the Appellate Court, 37 Conn. App. 456 (AC 12513), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court's improper failure to hold a hearing regarding the witness' purported claim of the fifth amendment privilege against self-incrimination was not harmless?"

The Supreme Court docket number is SC 15278.

*Richard F. Jacobson,* assistant state's attorney, in support of the petition.

*Susan M. Hankins,* assistant public defender, in opposition.

Decided June 1, 1995